01
02
03
04
05
06             UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
07                      AT SEATTLE

08 | UNITED STATES OF AMERICA,                )
                                              )   CASE NO. MJ 11-95
09 |     Plaintiff,                           )
                                              )
10 |     v.                                   )
                                              )   DETENTION ORDER
11 | DAVID LAWRENCE GAUDINO,                  )
                                              )
12 |     Defendant.                           )
    |_____    )
13

14 Offense charged:    Threatening a Federal Official

15 Date of Detention Hearing:   March 15, 2011

16      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably assure

19 the appearance of defendant as required and the safety of other persons and the community.

20      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21      (1)     Defendant is charged with threatening to assault and murder an employee at the

22 Veterans Administration Medical Center facility in Seattle.

DETENTION ORDER                                                                          PAGE 1

01      (2)     Defendant's past criminal history includes a conviction for second degree assault 02 in 1996 involving a knife, a threat to commit assault in 1998, a second degree assault conviction 03 in King County Superior Court, and an active warrant from New Haven, CT for probation 04 violations.   There is an indication that the defendant is an unauthorized user of metadone, and 05 a past heroin user.  He is not currently employed.

06      (3)     Defendant poses a risk of nonappearance due to the active warrant, some 07 contradictory background information, mental health issues, and possible undisclosed controlled 08 substance use.  He poses a risk of danger due to the nature of the instant offense, criminal history, 09 and history of assaultive behavior.

10      (4)     There does not appear to be any condition or combination of conditions that will 11 reasonably assure the defendant's appearance at future Court hearings while addressing the 12 danger to other persons or the community.

13 It is therefore ORDERED:

14      (1)     Defendant shall be detained pending trial and committed to the custody of the
15              Attorney General for confinement in a correction facility separate, to the extent
16              practicable, from persons awaiting or serving sentences or being held in custody
17              pending appeal;

18      (2)     Defendant shall be afforded reasonable opportunity for private consultation with
19              counsel;

20      (3)     On order of a court of the United States or on request of an attorney for the
21              Government, the person in charge of the corrections facility in which defendant
22              is confined shall deliver the defendant to a United States Marshal for the purpose

01        of an appearance in connection with a court proceeding; and

02   (4)  The clerk shall direct copies of this Order to counsel for the United States, to

03        counsel for the defendant, to the United States Marshal, and to the United States

04        Pretrial Services Officer.

05   DATED this 16th day of March, 2011.

                                    _____
                                    Mary Alice Theiler
                                    United States Magistrate Judge

DETENTION ORDER                                                                    PAGE 3